UNITED STATES DISTRICT COURT
Southern District of Indiana

FILED
01/20/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1:23-cv-125-RLY-KMB

Eric D. Jones                                             23-cv-_____

    vs.

Hendricks County Sheriff Dept, et al

# COMPLAINT

Comes now plaintiff, Eric D. Jones, prose and files this Complaint for Damages against Hendricks Co. Sheriff Dept. I was given another patient's medicine during the date ranges 10/23 - 10/31. This medicine was supposed to be given to "Erica Jones". It was mixed up by staff and given to me by accident. Since taking the medicine I had to see Mental Health about the side effects. It caused chemical imbalances and adverse effects on me. I couldn't sleep, eat, or get out of my cell. It also caused negative thoughts and deep depression. This medicine is called "cymbalta". The medicine is typically given to patients who has documented suicidal thoughts and depression, which I did not have and was never supposed to have received them. I was urged to take medicine I did not request by medical personnel on call during these days. This medical personnel was named "Nurse Laural". Furthermore I was deprived of the grievance process by the Hendricks County medical staff to protect themselves, which added to their medical negligence and compromising my welfare. The grievance

Whereas, I Eric Jones am seeking to remedy these damages done by the Hendricks County Sheriff's Department by way of the following;

- Medical Negligence and Medical Malpractice
  - I am seeking award of $120,000 and for HCSO to have training on medical and Hippa Laws administered by this Court.

- Violation of grievance process
  - I am seeking award of $25,000 and for HCSO to have updated training on the entirety of the grievance process.

This filing is not frivolous and is not an attempt to busy the court's calendar, but seeks to remedy damages done that are irreversible by the defendants.

Eric Jones
PO Box 87 Danville, IN 46122