UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ERIC D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00125-RLY-KMB |
| | ) | |
| HENDRICKS COUNTY SHERIFF DEPT., | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

The court has ordered that this action be **dismissed without prejudice**. The court now enters **FINAL JUDGMENT**.

Date: 4/18/2023

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Jina M. Dagle_
Deputy Clerk, U.S. District Court

Distribution:

ERIC D. JONES
P.O. Box 87
Danville, IN 46182